UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATOSHA NEAL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | File No. _____ |
| v. ) | |
| ) | **JURY TRIAL REQUESTED** |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Latosha Neal

- Defendant T-Mobile USA, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff Latosha Neal

- The Buckley Law Firm, LLC

- Defendant T-Mobile USA, Inc.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff:

Cheryl B. Legare
THE BUCKLEY LAW FIRM, LLC

Respectfully submitted this 22nd day of January, 2015.

s/ Cheryl B. Legare
Georgia Bar No. 038553
cblegare@buckleylawatl.com

THE BUCKLEY LAW FIRM, LLC
Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, GA  30309
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
Counsel for Plaintiff