IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LATOSHA NEAL,

  Plaintiff,

  v.

T-MOBILE USA, INC.,

  Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-210-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 51] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 37]. It is undisputed that the Plaintiff was terminated from her employment after she failed to return to work with an authorization to return to work after the expiration of her Family and Medical Leave Act leave expired. In her Objections, the Plaintiff merely restates the differences between her version of events and that of the Defendant. This is not enough to create a genuine issue of material fact. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 37] is GRANTED.

SO ORDERED, this 25 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge